## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| STARMARK LABORATORIES<br><br>v.<br><br>CREATIVE COMPOUNDS, INC. | CIVIL ACTION NO. 06-4745<br><br><br>TO: (NAME AND ADDRESS OF DEFENDANT) |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

JOSEPH E. CHOVANES, ESQ.
SUITE 329
5 GREAT VALLEY PARKWAY
MALVERN, PA  19355

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: OCTOBER 23, 2006 |
|---|---|

(By) Deputy Clerk

*Crystal Wardlaw* (signature)

CRYSTAL WARDLAW

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 1, 2007 |
| NAME OF SERVER (PRINT) Joseph E. Chovanes | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): By agreement with counsel for defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    February 1, 2007
                Date          *Signature of Server*

5 Great Valley Parkway, Suite 329, Malvern PA 19355
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.