# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Starmark Laboratories | : |
| **Plaintiff,** | : |
| v. | : |
| Creative Compounds, Inc. | : **Civil Action** |
| | : **No.:** |
| **Defendant.** | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF AND COUNTER- DEFENDANT STARMARK LABORATORIES** was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon counsel for plaintiff through this Court's ECF System:

> Camille M. Miller (Pa. Bar Id 79670)
> Melanie A. Miller (Pa. Bar Id 73499)
> Michael B. Fein (Pa. Bar Id 12250)
> 1900 Market Street
> Philadelphia, PA 19103
> Telephone : 215.665.7273
> Facsimile : 215.701.2273
> cmiller@cozen.com - E-Mail
> mmillergcozen.com - E-Mail
> mfein@cozen.com - E-Mail

Dated: March 30, 2007

*[signature]*

Joseph E. Chovanes, Esq.
Suite 329
5 Great Valley Parkway
Malvern, PA 19355
(610) 648-3994
jchovanes@chovanes.com