**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Starmark Laboratories | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| Creative Compounds, Inc. | : | **Civil Action** |
| | : | **No.:** 2:06 CV-04745-JD |
| | : | The Honorable Jan E . DuBois |
| **Defendant.** | : | |

**ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF AND COUNTER-DEFENDANT STARMARK LABORATORIES**

Plaintiff Counter-Defendant Starmark Laboratories ("Starmark") responds to the paragraphs in the Complaint by Defendant Counter-Plaintiff Creative Compounds, Inc. ("Creative") and answers and avers as follows:

1. Admitted only to the extent this action is described as one for declaratory judgment. The reminder of this paragraph is denied.

2. Starmark is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore denies such allegations.

3. Starmark is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore denies such allegations.

4. Admitted.

5. Starmark refers to and incorporates by reference its responses to the identified

paragraphs herein.

6. Starmark is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore denies such allegations.

7. Denied.

8. Starmark is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore denies such allegations.

9. Denied.

10. Starmark refers to and incorporates by reference its responses to the identified paragraphs herein.

11. Denied.

12. Starmark is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore denies such allegations.

13. Denied.

14. Starmark refers to and incorporates by reference its responses to the identified paragraphs herein.

15. Denied.

16. Starmark is without knowledge or information sufficient to admit or deny the allegations of this paragraph, and therefore denies such allegations.

17. Denied.

18. Starmark refers to and incorporates by reference its responses to the identified paragraphs herein.

19. Denied.

20. Starmark is without knowledge or information sufficient to admit or deny the

allegations of this paragraph, and therefore denies such allegations.

21. Denied.

**Affirmative Defenses**

The allegations of Counts III and IV of the Counterclaims fail to state a claim against Starmark upon which relief can be granted.

Starmark not being fully advised as to all facts and circumstances surrounding the incident complained of, hereby asserts and reserves unto itself the defenses of accord and satisfaction, arbitration and award, discharge in bankruptcy, duress, failure of consideration, fraud, illegality, injury by fellow servant, license, payment, release, res judicata, statute of frauds, and any other matter constituting an affirmative defense which the further investigation of this matter may prove applicable herein. Starmark reserves the right to add or amend its Affirmative Defenses as discovery continues.

WHEREFORE, Plaintiff and Counter-Defendant, Starmark Laboratories, prays that this Court enter judgment in its favor and against Defendant and Counter- Plaintiff on Counts I -- IV of the Counterclaims, award attorneys' fees and costs in Starmark's favor in accordance with applicable law and award such other and further relief as the Court deems appropriate.

**Starmark Laboratories**

By Its Attorney,

Dated: March 30, 2007

Joseph E. Chovanes, Esq.
Suite 329
5 Great Valley Parkway
Malvern, PA 19355
(610) 648-3994

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Starmark Laboratories | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| Creative Compounds, Inc. | : | **Civil Action** |
| | : | **No.:** 2:06 CV-04745-JD |
| | : | The Honorable Jan E. DuBois |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF AND COUNTER- DEFENDANT STARMARK LABORATORIES** was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon counsel for plaintiff through this Court's ECF System:

Camille M. Miller (Pa. Bar Id 79670)
Melanie A. Miller (Pa. Bar Id 73499)
Michael B. Fein (Pa. Bar Id 12250)
1900 Market Street
Philadelphia, PA 19103
Telephone : 215.665.7273
Facsimile : 215.701.2273
cmiller@cozen.com - E-Mail
mmillergcozen.com - E-Mail
mfein@cozen.com - E-Mail

Dated: March 30, 2007

Joseph E. Chovanes, Esq.
Suite 329
5 Great Valley Parkway
Malvern, PA 19355
(610) 648-3994
jchovanes@chovanes.com