IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STARMARK LABORATORIES, | |
| Plaintiff, | |
| v. | Civil Action No. 2:06 CV-04745-JD |
| | **The Honorable Jan E. DuBois** |
| CREATIVE COMPOUNDS, LLC, | |
| Defendant. | |

## MOTION FOR WITHDRAWAL OF JOSEPH E. CHOVANES AS COUNSEL FOR PLAINTIFF STARMARK LABORATORIES

The undersigned respectfully requests this Court enter an Order allowing withdrawal from his representation of plaintiff Starmark Laboratories in this action. Plaintiff has discharged the undersigned as of July 3, 2007.

Despite the discharge, the undersigned has taken all reasonable steps to mitigate the consequences to the plaintiff, including transmission of deadlines and this Court's Orders to date in this action as well as a copy of this motion by email to plaintiff's counsel Edmond E. Salem, Esq., Law Office of Edmond E. Salem, 2001 Wilshire Blvd., Suite 305, Santa Monica, CA 90403, (310) 828-7882, FAX (310) 828-7434.

Respectfully Submitted;

Dated: July 5, 2007

_____
Joseph E. Chovanes, Esq.
5 Great Valley Parkway
Suite 329
Malvern, PA 19355
610-648-3994
610-648-3997
jchovanes@chovanes.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion For Withdrawal was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon counsel through this Court's ECF System:

Camille M. Miller
Melanie A. Miller
Michael B. Fein
1900 Market Street
Philadelphia, PA 19103
Telephone : 215.665.7273
Facsimile : 215.701.2273
cmiller@cozen.com - E-Mail
mmiller@cozen.com - E-Mail
mfein@cozen.com - E-Mail

Thomas L. Peterson
ADORNO & YOSS, LLP
1233 20TH Street NW
Suite 703
Washington, DC 20036
Telephone No.: 202-408-5700
Facsimile No.: 202-408-7677
Email Address: tpeterson@adorno.com

as well as an additional copy by email on counsel for plaintiff, Starmark Laboratories:

Edmond E. Salem
LAW OFFICES OF EDMOND E. SALEM
2001 Wilshire Blvd., Suite 305
Santa Monica, CA 90403
PH (310) 828-7882
FAX (310) 828-7434

                                          Respectfully Submitted;

Dated: July 5, 2007

                                          _____
                                          Joseph E. Chovanes, Esq.
                                          5 Great Valley Parkway
                                          Suite 329
                                          Malvern, PA 19355
                                          610-648-3994
                                          610-648-3997
                                          jchovanes@chovanes.com